IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHNNY MICHAEL GIBSON, JR.

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                  Case No. 14-cv-39-wmc

STATE OF WISCONSIN, WISCONSIN
PAROLE BOARD and
DEPARTMENT OF CORRECTIONS,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Johnny Michael Gibson, Jr.'s request for leave to proceed *in forma pauperis* and dismissing this case without prejudice.

| /s/ | 2/13/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |